**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION**

| | | |
|---|---|---|
| **SONYA N. GROVE,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | No. 3:04cv0073 AS |
| | ) | |
| **SCOPE SEATING TECHNOLOGIES,** | ) | |
| | ) | |
| **Defendants** | ) | |

*MEMORANDUM OPINION AND ORDER*

This court takes full judicial notice of the entire record in this case.  The court has before it the Report and Recommendation of United States Magistrate Judge, Christopher A. Nuechterlein.  The magistrate judge has given thorough and careful attention to the issues involved here.  This court is well aware that a pro se party is entitled to some but not unlimited slack.  *See Haines v. Kerner*, 404 U.S. 519 (1972).  *See also McNeil v. United States*, 508 U.S. 106 (1993).  There has been compliance here with *Lewis v. Faulkner*, 689 F.2d 100 (7th Cir. 1982).  The magistrate judge has particularly cited very recent relevant authority in this circuit including *Rhodes v. Illinois Department of Transp.,* 359 F.3d 498 (7th Cir. 2004), as well as *Adams v. Walmart Stores, Inc.*, 324 F.3d 935 (7th Cir. 2005).  A careful review of the aforesaid Report and Recommendation causes this court to conclude that the same should be approved and confirmed.  Such is now **ORDERED**.

Therefore, the second motion for summary judgment filed by the defendant is now **GRANTED**.  The Clerk shall enter judgment in favor of the defendant and against the

plaintiff with each party to bear its own costs.  The defendant's first motion for summary judgment is rendered **MOOT** and is **DENIED** as such.  **IT IS SO ORDERED**.

**DATED:**  April 21, 2005

  s/ ALLEN SHARP  
**ALLEN SHARP, JUDGE**  
**UNITED STATES DISTRICT COURT**

cc: The Honorable Christopher A. Nuechterlein